UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL WOODEND, | |
| Plaintiff, | HONORABLE JOSEPH E. IRENAS<br>CIVIL ACTION NO. 11-5724 |
| v. | **ORDER GRANTING DEFENDANTS'** |
| LENAPE REGIONAL HIGH SCHOOL,<br>DISTRICT, et. al., | **MOTION FOR JUDGMENT ON THE**<br>**PLEADINGS** (Dkt. No. 12) |
| Defendants. | |

**APPEARANCES:**

LAW OFFICE OF GARY F. WOODEND
By: Gary F. Woodend
5-C N. Main Street
Medford, NJ 08055
    Counsel for Plaintiff

MADDEN & MADDEN, P.A.
By: Michael P. Madden
108 Kings Highway East
PO Box 210
Haddonfield, NJ 08033
    Counsel for Defendants

**IRENAS,** Senior District Judge:

    This matter having appeared before the Court on Defendants' motion for a judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) (Dkt. No. 12); Plaintiff having cross-moved for leave to amend (Dkt. No. 19) and leave to file a tort claims notice (Dkt. No. 20); the Court having considered the submissions of the parties; for the reasons stated in an Opinion issued by this Court on even date herewith; and for good cause appearing;

**IT IS** on this __25th__ day of June, 2012,

**ORDERED THAT**:

(1) Defendants' motion for a judgment on the pleadings (Dkt. No. 12) is **GRANTED**.

(2) Plaintiff's motion for leave to amend (Dkt. No. 19) is **DENIED**.

(3) Plaintiff's motion for leave to file a tort claims notice (Dkt. No. 20) is **DENIED**.

(4) The Clerk of Court is hereby directed to **CLOSE THIS FILE**.

_____
Joseph E. Irenas, S.U.S.D.J.