AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     New Jersey

DANIEL E. WOODEND,

          Plaintiff,

V.

LENAPE REGIONAL HIGH SCHOOL
DISTRICT, et al.,
          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:     Civ. 11-5724 (JEI) (JS)

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**

IT IS ORDERED AND ADJUDGED that judgment of no cause of action is entered in favor of Defendants Lenape Regional High School District, Emily Capella, Carol Birnbohm, and Timothy Gushue.

6/25/12

Date

Joseph E. Irenas, Senior United States District Judge